# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**ARETHA COOK**  　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　　　　**CASE NO. 3:20-CV-86-BD**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

Pending is the Commissioner's Unopposed Motion to Stay Proceedings. (Doc. No. 7) The Commissioner's motion (Doc. No. 7) is GRANTED. This matter is stayed until the Commissioner notifies the Court that he is able to produce a certified transcript of the record.

IT IS SO ORDERED this 26th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE