# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ARETHA COOK**                                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 3:20-CV-86-BD**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                                        **DEFENDANT**

## ORDER

By order of May 26, 2020, the Court granted the Commissioner's unopposed motion to stay proceedings. (Doc. No. 7; Doc. No. 8) The stay was premised on the Social Security Administration's functional limitations in producing certified transcripts during the COVID-19 pandemic.

On September 11, 2020, the Commissioner filed his answer and notice of conventional filing of the administrative transcript. Accordingly, the stay is lifted; and the Clerk is directed to reopen this case.

IT IS SO ORDERED this 14th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE